# UNITED STATES DISTRICT COURT

_____Western_____ District of _____Texas_____

TRACY J. CHAVE,
    Plaintiff,

V.

ERIC K. SHINSEKY, SECRETARY OF VETERANS AFFAIRS, DEPARTMENT OF VETERANS AFFAIRS

Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

JUDGE FRANK MONTALVO

TO: (Name and address of defendant)

ERIC K. SHINSEKI
Secretary of VETERANS AFFAIRS
810 Vermont Ave., NW
Washington, D.C. 20420

**EP09CV0241**

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)



an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

__William Putnicki__
CLERK

_(signature)_
(BY) DEPUTY CLERK

__June 25, 2009__
DATE