UNITES STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| TRACY J. CHAVEZ | § |
| | § |
| v. | §    EP-09-CV-0241-FM |
| | § |
| ERIC K. SHINSEKI, SECRETARY OF | § |
| VETERANS AFFAIRS, DEPARTMENT | § |
| OF VETERANS AFFAIRS, | § |

## *MOTION TO WITHDRAW*

COMES NOW, ENRIQUE LOPEZ, Counsel for TRACY J. CHAVEZ, the Appellant in the above-referenced matter, and respectfully moves that the Court enter its Order allowing the undersigned Counsel to withdraw from representing TRACY J. CHAVEZ.

This motion is based on good cause in that the Appellant no longer wishes for Attorney Enrique Lopez to represent her. Appellant wishes that Attorney Enrique Lopez withdraw as her representative immediately. Opposing Counsel has been informed of the Motion to Withdraw and does not oppose.

The Appellant was also informed in writing of all pending settings and deadlines as follows:

**Appellant was hand delivered a copy of the Scheduling Order.**

A copy of this motion has been hand delivered. Appellant has been informed in writing of her right to object to this motion. The Appellant does not object to this motion. *See copy of letter attached as Exhibit A.*

WHEREFORE, the Attorney for TRACY J. CHAVEZ, Appellant, respectfully requests that the Court permit said Attorney to withdraw as Counsel in the above-captioned and numbered Cause of Action as Attorney of TRACY J. CHAVEZ, Appellant, and that said individual be considered as

representing herself, *Pro Se*, whereby all items in connection herewith may be sent to the last known address of TRACY J. CHAVEZ, 3056 Tierra Salada, El Paso, Texas 79938.

Respectfully submitted,

*The Law Office of Enrique Lopez*

By: _____
ENRIQUE LOPEZ
Texas State Bar No. 12563530
701 N. St. Vrain Street
El Paso, Texas 79902
Telephone: (915) 351-0595
Facsimile: (915) 534-7207

**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Ms. Magdalena G. Jara, Assistant United States Attorney, Attorney for Defendant, at Magdalena.jaraz@usdoj.gov I further Certify that a courtesy copy was sent to Magdalena G. Jara by facsimile.

_____
Enrique López

December 21, 2009

I, TRACY CHAVEZ no longer wish for attorney Enrique Lopez to represent me in any of my cases and I whish for him to withdraw as my attorney immediately.

_____
TRACY CHAVEZ

EXHIBIT A

## UNITES STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| TRACY J. CHAVEZ § | |
| § | |
| v. § | EP-09-CV-0241-FM |
| § | |
| ERIC K. SHINSEKI, SECRETARY OF § | |
| VETERANS AFFAIRS, DEPARTMENT § | |
| OF VETERANS AFFAIRS, § | |

### *ORDER ON MOTION TO WITHDRAW*

THIS MATTER coming before the Court upon the Motion of ENRIQUE LOPEZ, Counsel for TRACY J. CHAVEZ, Plaintiff, to be allowed to withdraw as Counsel for said Plaintiff and that the Motion to Withdraw was signed by Plaintiff and that no objection has been entered to the granting of said Motion.

The Court FINDS that a copy of this motion has been delivered to Plaintiff and that Plaintiff no longer wishes for Attorney Enrique Lopez to represent her. The Court FINDS that the Plaintiff did consent to the Motion to Withdraw. The Court FINDS that the Plaintiff's last known address is: 3056 Tierra Salada, El Paso, Texas 79938. The Court FINDS that Attorney Enrique Lopez properly notified Defendant in writing of all pending settings and deadlines which are as follow: **Plaintiff was given a copy of the Scheduling Order**; and that the notice was hand delivered to Plaintiff.

The Court therefore FINDS that the Motion to Withdraw is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that ENRIQUE LOPEZ, Counsel for TRACY J. CHAVEZ, Plaintiff, be and is hereby allowed to withdraw and is no longer Counsel of Record for said Plaintiff,

and that said Plaintiff be considered as representing herself, *Pro Se*, whereby all items in connection herewith may be sent to her at the last known address of 3056 Tierra Salada, El Paso, Texas 79938.

SIGNED ON THIS THE _____ day of _____, 2009.

_____
PRESIDING JUDGE

APPROVED BY:

_____
Enrique López
Attorney for Plaintiff

_____
TRACY J. CHAVEZ
Plaintiff